DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3867
Facsimile:    (415) 554-3837
E-Mail:       kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HARI PAL, JR., PRIYA DEVI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CITY AND COUNTY OF SAN FRANCISCO; SAN MATEO COUNTY; CITY OF MODESTO; CITY OF MODESTO POLICE DEPARTMENT, AND DOES 1-50,<br><br>Defendants. | Case No. 20-cv-06523 HSG<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NON-OPPOSITION REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT (ECF NO. 19)**<br><br>Hearing Date:   March 25, 2021<br>Time:           2:00 p.m.<br>Place:          Remote Per Judge's Order<br><br>Trial Date:     Not Set |
|---|---|

Defendant City and County of San Francisco ("City") filed a motion to dismiss Plaintiff's complaint on December 31, 2020. (ECF No. 19.) The last day for Plaintiffs to file an opposition or statement of non-opposition was Thursday January 14, 2021. Civ. L.R. 7-3(a) (setting 14-day timeline for response). Plaintiffs have not responded to the motion.  Accordingly, the City respectfully requests the Court dismiss this action for failure to prosecute, or in the alternative, grant the City's motion to

dismiss without leave to amend. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (affirming trial court's decision to dismiss with prejudice for failure to prosecute).

Dated: January 19, 2021

                        DENNIS J. HERRERA
                        City Attorney
                        MEREDITH B. OSBORN
                        Chief Trial Deputy
                        KAITLYN MURPHY
                        Deputy City Attorney

                        By:  */s/ Kaitlyn Murphy*
                                 KAITLYN MURPHY

                        Attorneys for Defendant
                        CITY AND COUNTY OF SAN FRANCISCO