UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAL HARI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 19, 20 |

Currently pending before the Court, are the motions to dismiss filed by Defendant County of San Francisco and Defendant County of San Mateo. Dkt. Nos. 19 and 20. The deadline for Plaintiffs to respond to the motions to dismiss was January 14, 2021. Plaintiffs have failed to respond to the motions to dismiss. Accordingly, the Court **DIRECTS** Plaintiffs to **SHOW CAUSE** why the case should not be dismissed for failure to prosecute. Plaintiffs shall file a statement of two pages or less by March 19, 2021. If Plaintiffs fail to respond to this order with an acceptable explanation, the case may be dismissed for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: 2/26/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge