UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAL HARI, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>           Defendants. | Case No. 20-cv-06523-HSG<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 27 |

Currently pending before the Court are the motions to dismiss filed by Defendant County of San Francisco and Defendant County of San Mateo. Dkt. Nos. 19 and 20. The deadline for Plaintiffs to respond to the motions to dismiss was January 14, 2021. Plaintiffs failed to oppose or otherwise respond to the motions to dismiss. On February 26, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Dkt. No. 27. Plaintiffs were directed to respond by March 19, 2021, and warned that absent an adequate explanation the case could be dismissed without further notice. *Id.* Plaintiffs failed to respond to the Order to Show Cause. Accordingly, the Court **DISMISSES** Plaintiffs' complaint without prejudice for failure to prosecute. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 3/23/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge