**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
2368 Maritime Dr., Suite 160
Elk Grove, CA 95758
 [Tel]: 916.668.5970
 [Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**DECLARATION OF STEVE WHITWORTH** |

## DECLARATION OF STEVE WHITWORTH

I, Steve Whitworth, declare as follows:

　　　1. I Attorney Steve Whitworth, am duly licensed to practice before the Courts of the State of California. I have personal knowledge of the matters discussed below, and if called as a witness, I could testify to them.

　　　2. I was appearing as legal counsel for Defendant, Paul Burraston, in a criminal jury trial in department 22. This was a sexual molestation and child rape case with 24 separate counts and two alleged victims.

　　　3. The trial commenced on February 26, 2021 and finished on March 22, 2021.

4. Due to my appearance in trial, this resulted in a lack of attention to incoming emails. The volume of incoming emails went unnoticed and unidentified and were not tasked properly by myself nor my staff.

5. My supporting staff, Allison Pace and Angelica Gil were aiding in trial preparation which led to a neglect in checking incoming electronic correspondence.

6. On March 12, 2021, I emailed opposing counsel, Kaitlyn Murphy and Lauren Carroll, to apologize for my delay in response due to the fact that I was in trial and distracted from checking emails. See attached **Exhibit A**.

7. Now that trial is over, The Law Office of Steve Whitworth is taking every preventative measure to avoid missing any and all future incoming electronic correspondence.

8. If called as a witness, I could and would competently testify under oath to the above facts, which are personally known to me. I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 30, 2021                                Respectfully submitted.

_____

Steve Whitworth, Declarant.

**DECLARATION OF STEVE WHITWORTH**

2

**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
2368 Maritime Dr., Suite 160
Elk Grove, CA 95758
 [Tel]: 916.668.5970
 [Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**DECLARATION OF ALLISON PACE** |

**DECLARATION OF ALLISON PACE**

I, Allison Pace, declare as follows:

　　　1. I Allison Pace, have personal knowledge of the matters discussed below, and if called as a witness, I could testify to them.

　　　2. Mr. Whitworth was appearing as legal counsel for Defendant, Paul Burraston, in a criminal jury trial in department 22. This was a sexual molestation and child rape case with 24 separate counts and two alleged victims.

　　　3. The trial commenced on February 26, 2021 and finished on March 22, 2021.

　　　4. Due to Mr. Whitworth's appearance in trial, this resulted in a lack of attention to

incoming emails. The volume of incoming emails went unnoticed and unidentified and were not tasked properly by myself nor Mr. Whitworth and my colleague Angelica Gil.

5. I was aiding in trial preparation for Mr. Whitworth which led to a neglect in checking incoming electronic correspondence.

6. On March 12, 2021, Mr. Whitworth emailed opposing counsel, Kaitlyn Murphy and Lauren Carroll, to apologize for his delay in response due to the fact that he was in trial and distracted from checking emails. See attached **Exhibit A**.

7. Now that trial is over, The Law Office of Steve Whitworth is taking every preventative measure to avoid missing any and all future incoming electronic correspondence.

8. If called as a witness, I could and would competently testify under oath to the above facts, which are personally known to me. I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 30, 2021                    Respectfully submitted.

                                         /s/ **Allison Pace**

                                         Allison Pace, Declarant.

**DECLARATION OF ALLISON PACE**

2

**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
2368 Maritime Dr., Suite 160
Elk Grove, CA 95758
 [Tel]: 916.668.5970
 [Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO, et al., <br><br> Defendants. | Case No. 20-cv-06523-HSG <br><br> **DECLARATION OF ANGELICA GIL** |

### DECLARATION OF ANGELICA GIL

I, Angelica Gil, declare as follows:

    1. I Angelica Gil, have personal knowledge of the matters discussed below, and if called as a witness, I could testify to them.

    2. Mr. Whitworth was appearing as legal counsel for Defendant, Paul Burraston, in a criminal jury trial in department 22. This was a sexual molestation and child rape case with 24 separate counts and two alleged victims.

    3. The trial commenced on February 26, 2021 and finished on March 22, 2021.

    4. Due to Mr. Whitworth's appearance in trial, this resulted in a lack of attention to

incoming emails. The volume of incoming emails went unnoticed and unidentified and were not tasked properly by myself nor Mr. Whitworth and my colleague Allison Pace.

5. I was aiding in trial preparation for Mr. Whitworth which led to a neglect in checking incoming electronic correspondence.

6. On March 12, 2021, Mr. Whitworth emailed opposing counsel, Kaitlyn Murphy and Lauren Carroll, to apologize for his delay in response due to the fact that he was in trial and distracted from checking emails. See attached **Exhibit A**.

7. Now that trial is over, The Law Office of Steve Whitworth is taking every preventative measure to avoid missing any and all future incoming electronic correspondence.

8. If called as a witness, I could and would competently testify under oath to the above facts, which are personally known to me. I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 30, 2021                          Respectfully submitted.

                                               /s/ **Angelica Gil**

                                              Angelica Gil, Declarant.

**DECLARATION OF ANGELICA GIL**

# "EXHIBIT A"

### Re: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

Steve Whitworth <steve@stevewhitworth.com>
Fri 3/12/2021 8:04 PM
To: Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; 'Lauren Carroll' <lcarroll@smcgov.org>

Hi there,

I was in trial - I apologize!

*Steve Whitworth, Esq.*

*Law Office of Steve Whitworth*
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758

916.668.5970 [Tel]
916.668.5971 [Fax]


Confidentiality Notice: The information contained in this email [and any attachments] is covered by the electronic privacy act 18 U.S.C. section 2510-2521. This email is only intended for the addressed recipient.

---

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Sent:** Friday, March 12, 2021 9:36 AM
**To:** 'Lauren Carroll' <lcarroll@smcgov.org>; Steve Whitworth <steve@stevewhitworth.com>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

Hi Steve,

Lauren and I are on the line for the meet and confer call. Are you able to dial-in?

The number is: 978-990-5142 // Access Code: 6121544

Thank you,
Kaitlyn



**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3867 Direct
[www.sfcityattorney.org]www.sfcityattorney.org

---

**From:** Murphy, Kaitlyn (CAT)
**Sent:** Wednesday, March 10, 2021 9:32 AM
**To:** 'Lauren Carroll' <lcarroll@smcgov.org>; 'Steve Whitworth' <steve@stevewhitworth.com>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

Steve and Lauren,

I believe our Joint Case Management Conference Statement is due next Thursday a week ahead of the actual CMC. I took the liberty of preparing a draft statement based on the Northern District's standing

order, which I hope can serve as a kind of agenda for our Friday call.

Thank you,
Kaitlyn



**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3867 Direct
[www.sfcityattorney.org]www.sfcityattorney.org

**From:** Lauren Carroll <lcarroll@smcgov.org>
**Sent:** Thursday, March 4, 2021 2:40 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; 'Steve Whitworth' <steve@stevewhitworth.com>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

Great, thank you Kaitlyn.

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Sent:** Thursday, March 4, 2021 2:38 PM
**To:** 'Steve Whitworth' <steve@stevewhitworth.com>; Lauren Carroll <lcarroll@smcgov.org>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

**CAUTION:** This email originated from outside of San Mateo County. Unless you recognize the sender's email address and know the content is safe, do not click links, open attachments or reply.

Thanks All. Let's shoot for Friday March 12 at 9:30AM? I'll circulate a calendar invite with a dial-in number.

Thank you,
Kaitlyn



**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3867 Direct
[www.sfcityattorney.org]www.sfcityattorney.org

**From:** Steve Whitworth <steve@stevewhitworth.com>
**Sent:** Thursday, March 4, 2021 2:37 PM
**To:** Lauren Carroll <lcarroll@smcgov.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** Re: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

I should be free on3/12

Please excuse voice to text grammar / typos.  Sent from my iPhone

> On Mar 4, 2021, at 1:37 PM, Steve Whitworth <steve@stevewhitworth.com> wrote:
>
> Ok - Thank you!  I am distracted and not focused.  I appreciate the professionalism.

Best,

*Steve Whitworth,* Esq.

*Law Office of Steve Whitworth*
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758

916.668.5970 [Tel]
916.668.5971 [Fax]

Confidentiality Notice: The information contained in this email [and any attachments] is covered by the electronic privacy act 18 U.S.C. section 2510-2521. This email is only intended for the addressed recipient.

---

**From:** Lauren Carroll <lcarroll@smcgov.org>
**Sent:** Thursday, March 4, 2021 12:49 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Steve Whitworth <steve@stevewhitworth.com>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

Counsel,

I just tried to give Steve a call (I realize you are busy with trial, Steve) and left a message with his receptionist. My plan is to file the ADR certification shortly, as discussed below.

Thanks,
Lauren

---

**From:** Lauren Carroll
**Sent:** Wednesday, March 3, 2021 1:14 PM
**To:** 'Murphy, Kaitlyn (CAT)' <Kaitlyn.Murphy@sfcityatty.org>; 'steve@stevewhitworth.com' <steve@stevewhitworth.com>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** RE: Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

I agree, Kaitlyn. I am available to discuss CMC statement/scheduling on March 12 between 8:30-12:00 or March 16 between 1:00-5:00.

---

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Sent:** Wednesday, March 3, 2021 1:07 PM
**To:** 'steve@stevewhitworth.com' <steve@stevewhitworth.com>; Lauren Carroll <lcarroll@smcgov.org>
**Cc:** David Silberman <dsilberman@smcgov.org>
**Subject:** Hari et al. v. County of San Mateo et al., Case No. 4:20-cv-06523

**CAUTION: This email originated from outside of San Mateo County. Unless you recognize the sender's email address and know the content is safe, do not click links, open attachments or reply.**

---

Counsel,

I believe our ADR Statements to the Court in this case are due tomorrow. Might I suggest we select the box for "prefer to discuss ADR selection with the Assigned Judge a the case management conference." Please let me know if you agree.

Relatedly, we have a Joint CMC statement to the court due on March 18, 2021. I wanted to start a conversation regarding scheduling. Would sometime on Friday March 12 or Tuesday March 16 work for you?

Thank you,
Kaitlyn Murphy

&lt;image003.jpg&gt;
**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3867 Direct
[www.sfcityattorney.org]www.sfcityattorney.org