**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
9245 laguna Springs Dr., Suite 200
Elk Grove, CA 95758
[Tel]: 916.668.5970
[Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**NOTICE AND MOTION TO VACATE JUDGMENT PURSUANT TO FED. R. Civ. P. 60(b); MEMORANDUM IN SUPPORT**<br><br>Date:　　　April 22, 2021<br>Time:　　　2:00 pm<br>Courtroom: 4, 3rd Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

## I. NOTICE AND MOTION

PLEASE TAKE NOTICE THAT on (April 22, 2021) at (2:00 pm) at Courtroom 4 before the Honorable Judge Haywood S. Gilliam, Jr., Plaintiffs PAL HARI, JR., and PRIYA DEVI, by and through their counsel, will, and hereby do, move this Court for an Order Vacating the Dismissal of this action. This motion will be based upon this Notice and Motion, the following Memorandum of Points and Authorities in Support, and the concurrently-filed Declaration of Steve Whitworth, Esq.

## II. ISSUES TO BE DECIDED

1. Was the neglect, mistake or inadvertence of Plaintiffs' Counsel excusable?
2. Does this excusable neglect support vacating the dismissal and allowing the case to be heard on its merits?

### III. MEMORANDUM OF POINTS AND AUTHORITIES

#### A. <u>Statement of Facts</u>

On September 17, 2020, Plaintiffs filed the complaint in this matter seeking recompense for the unwarranted arrest and detention of Plaintiff, caused by the failure of the Modesto Police Department to update the CLETS database in accordance with their normal job duties. [*Declaration of Steve Whitworth, at par. 3.*]

Defendants City and County of San Francisco and County of San Mateo were named due to their hands-on involvement, in order to preserve Plaintiffs' rights until a full investigation could be completed. [*Declaration of Steve Whitworth, at par. 4.*]

On December 31, 2021, Defendant San Francisco filed a motion to dismiss. [*Declaration of Steve Whitworth, at par. 5.*]

On DATE, the father of Plaintiff's counsel passed away, and counsel was understandably absorbed in the end-of-life process and personal grief for a short duration. [*Declaration of Steve Whitworth, at par. 6.*]

However, that duration was ill-timed for Plaintiffs' case and coincided with the response time for Defendant's motion to dismiss filed on December 31, 2020. [*Declaration of Steve Whitworth, at par. 7*]

Due to his family emergency, Plaintiffs' Counsel was unfortunately unaware of the filing and response deadline for the Motion to Dismiss. [*Declaration of Steve Whitworth, at par. 8.*]. The email was missed and not reviewed until much too late.

Plaintiffs' counsel missed the filing deadline for the Motion to Dismiss, and on February 26, 2021, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute. [*Declaration of Steve Whitworth, at par. 9.*]

The deadline to respond to the Order was set for March 19, 2021. [*Declaration of Steve Whitworth, at par. 10.*]

Beginning on February 26, 2021, Plaintiffs' counsel was conducting a criminal trial in a complex, multi-victim, "Life" sexual assault case. [*Declaration of Steve Whitworth, at par. 11. And*

*exhibit 2 a true and correct copy of the Sacramento Superior Court "online" Docket of Case No. 19FE004065 People v. Paul Burraston]*

The criminal trial ended on March 23, 2021. [*Declaration of Steve Whitworth, at par. 12.*]

On March 12, 2021, Plaintiffs' counsel emailed Defendants' counsel to apologize for the lack of communication and explain that he was in trial. [*Declaration of Steve Whitworth, at par. 13.*]

On March 15, 2021, Plaintiff's counsel prepared a two-page response in accordance with the Court's Order to Show Cause stating the facts of his father's passing (attached as EXHIBIT 1 to the concurrently filed declaration of Steve Whitworth, Esq.). [*Declaration of Steve Whitworth, at pars. 14, 22.*]

The response did not oppose dismissal as to the filing Defendants and sought only to maintain the complaint as to the Modesto Defendants. [*Declaration of Steve Whitworth, at par. 15.*]

On March 17, 2021, Plaintiffs' Counsel prepared and directed his office staff to file the ADR certification, which was successfully filed that same day. [*Declaration of Steve Whitworth, at par. 16.*]

On March 19, 2021, Plaintiffs' counsel directed his office staff to file the response the same day. Said office staff confirmed via phone to Counsel that the filing had been completed that day. [*Declaration of Steve Whitworth, at par. 17.*]

In fact, office staff for Plaintiffs' Counsel did not file the document. [*Declaration of Steve Whitworth, at par. 18.*]

On March 23, 2021, the Court dismissed the case for failure to prosecute. [*Declaration of Steve Whitworth, at par. 19.*]

On March 30, 2021, Plaintiffs' counsel and office staff filed declarations attempting to explain the trial schedule of Plaintiffs' counsel and apologizing for missing the filing deadlines. [*Declaration of Steve Whitworth, at par. 20.*]

Thereafter, Plaintiffs' Counsel learned that his office staff had confused the filing of the OSC response with the filing of the ADR certification and provided a mistaken confirmation to Plaintiffs' Counsel regarding the filing of the OSC response. [*Declaration of Steve Whitworth, at par. 21.*]

On April 6, 2021, the Court issued an Order to Show Cause as to why Plaintiffs' counsel should not be referred to the Committee on Professional Ethics. [*Declaration of Steve Whitworth, at par. 22.*]

**B. <u>Argument</u>**

1. <u>Legal Standard</u>

Fed. R. Civ. P. 60(b) provides:

Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.
A motion filed under Rule 60(b) "must be made within a reasonable time–and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding."

Fed. R. Civ. P. 60(c)(1).

2. <u>This Motion is Timely Pursuant to Fed. R. Civ. P. 60</u>

The Court dismissed this matter on March 23, 2021. Plaintiffs' counsel files the instant motion 16 days from entry of the dismissal. Accordingly, this motion is made within a reasonable time pursuant to Fed. R. Civ. P. 60(b). Defendants will not be prejudiced by allowing the case to be heard.

3. <u>Plaintiffs' Counsel's Neglect, Mistake and Inadvertence was Excusable</u>

Excusable neglect "encompasses both simple, faultless omissions to act and, more commonly, omissions caused by carelessness." Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380, 388 (1993).

Plaintiffs' Counsel had to deal with the tragic passing of his father during the time the Motion to Dismiss was filed. Accordingly, he missed the email alerts showing the case updates from the

PACER filing system. Further, Counsel was supporting his Mother and trying to prepare and execute a live Jury Trial in Sacramento County [People v. Paul Burraston.

Plaintiffs' counsel learned of the Motion to Dismiss when the Court issued its February 26, 2021 Order. Plaintiffs' counsel thereafter emailed Defendants' counsel and completed the ADR certification filing. Plaintiffs' Counsel prepared the two-page OSC response in accordance with the Court's order and directed it to be filed on March 19, 2021. Office staff for Plaintiffs' counsel confirmed to Counsel via phone that the response was filed. However, the office staff had confused the filing of the ADR certification with the filing of the OSC response and given Counsel a false confirmation for filing the OSC response. Plaintiffs' counsel did not ascertain the true nature of the office staff's actions until April 6, 2021, after the Court filed the second Order to Show Cause.

Accordingly, Plaintiffs' counsel, learning via the first Order to Show Cause that he had missed the deadline for the Motion to Dismiss, took all reasonable steps thereafter to make all filings pursuant to the Court's order. His mistake, neglect and inadvertence leading to the instant damage to Plaintiffs' case is therefore excusable. Plaintiff's counsel sincerely apologizes and urgently requests that the Court not penalize Plaintiffs for Counsel's oversight.

4. <u>The Court Should Allow the Case to Be Heard on its Merits in the interest of Justice</u>

The Courts have long held a strong preference to hearing cases on their merits. In Newgen, LLC. v. Safe Cig, LLC, 840 F.3d 606, 616 (9th Cir. 2016) the Court noted "the general rule that default judgments are ordinarily disfavored." The Court noted the same in Rodriguez v. Village Green Realty, LLC, 788 F.3d 31, 47 (2d. Cir. 2015) (citing Cargill, Inc. v. Sears Petroleum & Transp. Corp., 334 F. Supp. 2d 197, 247 (NDNY 2014).

The parties have filed ADR certifications, and Plaintiffs' Counsel has filed herewith a copy of the response to the OSC. The response itself indicated non-opposition to dismissal as to the filing defendants. Plaintiffs need only maintain their action against the Modesto public entity defendants. With less than 7 months elapsed since the filing of the complaint, the Modesto defendants will not be prejudiced by allowing the case to be heard. Moreover, the Modesto defendants did not join in the Motion to Dismiss or file a reply, indicating to the Court and Counsel that the Modesto defendants

acknowledge some liability and expected the action to be maintained. As the facts show, there is definite cause for this case to be heard on the merits - Plaintiff was wrongfully detained due to the failure of the Modesto defendants, and the mistake and inadvertence of Plaintiffs' counsel should not prevent this important issue from being heard.

### C. Conclusion

Plaintiff's counsel sincerely apologizes and urgently requests that the Court not penalize Plaintiffs for Counsel's oversight. For the reasons stated above, Plaintiffs pray that the Court grant their Motion and issue and Order Vacating the Dismissal of this action as to Defendants Modesto Police Department and City of Modesto.

Respectfully submitted this 9th day of April, 2021,

/s/ Steve Whitworth
Steve Whitworth, Esq.
Attorney for Plaintiffs PAL HARI and
PRIYA DEVI

**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
9245 Laguna Springs Dr., Suite 200
Elk Grove, CA 95758
[Tel]: 916.668.5970
[Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI, <br><br>  Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO, et al., <br><br>  Defendants. | Case No. 20-cv-06523-HSG <br><br> **DECLARATION OF STEVE WHITWORTH IN SUPPORT OF MOTION TO VACATE JUDGMENT PURSUANT TO FED. R. Civ. P. 60(b)** <br><br> Date:       April 22, 2021 <br> Time:       2:00 pm <br> Courtroom: 4, 3rd Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

1. I, Steve Whitworth, am counsel for Plaintiffs in the above captioned matter.

2. If called upon to testify, I could and would testify competently as follows:

3. On September 17, 2020, I filed the complaint in this matter on behalf of Plaintiffs seeking recompense for the unwarranted arrest and detention of Plaintiff HARI, caused by the failure of the Modesto Police Department to update the CLETS database in accordance with their normal job duties.

4. Defendants City and County of San Francisco and County of San Mateo were named due to their hands-on involvement, in order to preserve Plaintiffs' rights until a full investigation could be completed.

5. On December 31, 2021, Defendant San Francisco filed a motion to dismiss.

---
1
RESPONSE TO ORDER TO SHOW CAUSE

6. On January 4, 2021, my father passed away, and I was absorbed in the end-of-life process and personal grief for a s duration. Further, my mother needed support and it was necessary to take leave to support and navigate this time on our lives.

7. However, that duration was ill-timed for Plaintiffs' case and coincided with the response time for Defendant's motion to dismiss filed on December 31, 2020.

8. Due to my family emergency, I was unaware of the filing and response deadline for the Motion to Dismiss. Tasks had been delegated and not reviewed by persons under my supervision – And thus my responsibility.

9. I have attempted to remedy personnel matters by letting support staff go and hiring more experienced persons with which to support my clients.

10. I missed the filing deadline for the Motion to Dismiss, and on February 26, 2021, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute.

11. The deadline to respond to the Order was set for March 19, 2021.

12. Beginning on February 26, 2021, I was conducting a criminal trial in a minor sexual assault case. People v. Paul Burraston, in Sacramento County that lasted approximately five weeks.

13. The above-mentioned trial ended on March 23, 2021.

14. On March 12, 2021, I emailed Defendants' counsel to apologize for the lack of communication and explain that I was in trial.

15. On March 15, 2021, I prepared a two-page response in accordance with the Court's Order to Show Cause stating the facts of my father's passing (attached hereto as EXHIBIT 1).

16. The response did not oppose dismissal as to the filing Defendants and sought only to maintain the complaint as to the Modesto public entity Defendants.

17. On March 17, 2021, I prepared and directed my office staff to file the ADR certification, which was successfully filed that same day.

18. On March 19, 2021, I directed my office staff to file the OSC response the same day, and said office staff confirmed to me via phone that the filing had been completed that day.

19. In fact, my office staff did not file the document.

20. On March 23, 2021, the Court dismissed the case for failure to prosecute.

21. On March 30, 2021, my office staff and I filed declarations attempting to explain the trial schedule of Plaintiffs' counsel and apologizing for missing the filing deadlines.

22. Thereafter, I learned that my office staff had confused the filing of the OSC response with the filing of the ADR certification and provided a mistaken confirmation to me regarding the filing of the OSC response.

23. On April 6, 2021, the Court issued an Order to Show Cause as to why Plaintiffs' counsel should not be referred to the Committee on Professional Ethics.

24. Attached hereto as Exhibit 1 is a true and correct copy of the Response to Order to Show Cause that I directed my office staff to file on or before March 19, 2021.

25. I incorporate by reference any other filings associated with this issue and previously filed.

Respectfully submitted this 8th day of April, 2021,

/s/ *Steve Whitworth*
Steve Whitworth, Esq.
Attorney for Plaintiffs PAL HARI and PRIYA DEVI

Case 4:20-cv-06523-HSG   Document 37   Filed 04/09/21   Page 10 of 20

LAW OFFICE OF
**STEVE WHITWORTH**

RESPONSE TO ORDER TO SHOW CAUSE — 4

**EXHIBIT 1**

**LAW OFFICE OF STEVE WHITWORTH**
Steve Whitworth [SBN: 249111]
2368 Maritime Dr., Suite 160
Elk Grove, CA 95758
[Tel]: 916.668.5970
[Fax]: 916.668.5971
steve@stevewhitworth.com

Attorney for Plaintiffs:
**PAL HARI, JR., and PRIYA DEVI**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, Jr., and PRIYA DEVI,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 19. 20<br><br>**Due: March 19, 2021** |

COME NOW the Plaintiffs PAL HARI, JR., and PRIYA DEVI, by and through their counsel, and respond to this Court's Order to Show Cause why the above captioned matter should not be dismissed for failure to prosecute.

　　Firstly, Plaintiffs' counsel sincerely apologizes to the Court for missing the deadline to respond to Defendants' Motion to Dismiss. Counsel's father passed away on DATE, and counsel was

---
5
RESPONSE TO ORDER TO SHOW CAUSE

understandably absorbed in the end-of-life process and personal grief for a short duration. (See *Ex. 1 – Declaration of Steve Whitworth in Support of Response to Order to Show Cause*). However, that duration was ill-timed for Plaintiffs' case and coincided with the response time for Defendant's motion to dismiss filed on December 31, 2020. Accordingly, the Court respectfully requests that Plaintiffs not be penalized for counsel's family emergency.

As to the underlying Motion to Dismiss, Plaintiffs do not object to dismissing the complaint as to the Defendants joining in the instant Motion, i.e. the City and County of San Francisco, and the County of San Mateo.

On September 20, 2020, Plaintiffs filed the complaint in this matter seeking damages against the named public entities, including the City and County of San Francisco and the County of San Mateo. The following operative facts are simple: on September 8, 2018, Plaintiff Hari Pal, Jr., was detained at the San Francisco airport on an outdated Domestic Violence Restraining Order because the Modesto Police Department failed to update the CLETS system in accordance with their responsibilities. The other involved agencies acted on information in the law enforcing database, information that was rendered false due to the negligence of the Modesto Police Department. To preserve their rights, Plaintiffs filed suit against all involved agencies until the facts could be ascertained.

Upon review of the Motion and the relevant facts, Plaintiffs agree that the responsibility for the injury to Plaintiffs rests with the Modesto public entity Defendants. As the Motion to Dismiss points out, the other agencies cannot be held responsible for their actions taken upon information in a law enforcement database.

Accordingly, Plaintiffs do not oppose dismissal of the action as to City and County of San Francisco and the County of San Mateo. Plaintiffs respectfully request that the Court not dismiss the Complaint as to the remaining defendants and allow Plaintiffs the chance to plead their case against the responsible entities. Plaintiffs' counsel further prays that the Court not penalize Plaintiffs for Plaintiffs' counsel's oversight due to family emergency and allow Plaintiffs' counsel to bear any burden for said oversight.

Respectfully submitted this 19th day of March, 2021,

/s/ *Steve Whitworth*
Steve Whitworth, Esq.
Attorney for Plaintiff PAL HARI

**EXHIBIT 2**

# Case Information

## Case Information

| | |
|---|---|
| Defendant Name | PAUL BURRASTON |
| Case Number | 19FE004065 |
| Xref | 2424851 |
| Filing Date | 03/06/2019 |
| Charge Document | Complaint |
| Amended Date | 09/11/2019 |
| Case Status | Active |
| Court ID | 34100 |

## Attorney of Record

| Last Name | First Name | Role |
|---|---|---|
| WHITWORTH | STEVE | RET |

## Aliases

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| PAUL | JAMES | BURRASTION | |
| PAUL | | BURRASTON | |
| PAUL | J | BURRASTON | |
| PAUL | JOSHUA | BURRASTON | |
| PAUL | JOSHUAJAME | BURRASTON | |

## Other Cases

| Case Number | Filing Date | Court ID |
|---|---|---|
| No other cases found. | | |

## Charges

| Count | Charge | Severity | Degree | Allegation | Blood Alcohol % |
|---|---|---|---|---|---|
| C001 | PC 288(A) | Felony | N/A | N/A | N/A |
| C002 | PC 269(A)(1) | Felony | N/A | N/A | N/A |
| C003 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C004 | PC 288(A) | Felony | N/A | N/A | N/A |
| C005 | PC 288(A) | Felony | N/A | N/A | N/A |
| C006 | PC 288(A) | Felony | N/A | N/A | N/A |
| C007 | PC 288(A) | Felony | N/A | N/A | N/A |
| C008 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C009 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C010 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C011 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C012 | PC 288(B)(1) | Felony | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| C013 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C014 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C015 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C016 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C017 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C018 | PC 288(B)(1) | Felony | N/A | N/A | N/A |
| C019 | PC 261(A)(2) | Felony | N/A | N/A | N/A |
| C020 | PC 261(A)(2) | Felony | N/A | N/A | N/A |
| C021 | PC 261(A)(2) | Felony | N/A | N/A | N/A |
| C022 | PC 261(A)(2) | Felony | N/A | N/A | N/A |
| C023 | PC 261(A)(2) | Felony | N/A | N/A | N/A |
| C024 | PC 261(A)(2) | Felony | N/A | N/A | N/A |

## Future Hearings

| Date | Time | Dept. | Reason | Outcome |
|---|---|---|---|---|
| 04/30/2021 | 9:00 AM | 22 | PROBATION HEARING J&S | |

## Hearing History

**\*\* NOTE:** There is a cost associated with **court reporter transcripts**. When you request a court reporter transcript, you will be contacted by the court reporter regarding the cost and method of payment accepted.

| Date | Time | Dept. | Reason | Outcome | **Request Transcript |
|---|---|---|---|---|---|
| 04/02/2021 | 1:30 PM | 22 | | | Request |
| 03/23/2021 | 9:00 AM | 22 | FURTHER PROCEEDINGS | | Request |
| 03/23/2021 | 9:00 AM | 22 | FURTHER PROCEEDINGS | MATTER REFERRED TO PROBATION FOR ORIGINAL REPORT | Request |
| 03/23/2021 | 9:00 AM | 22 | JURY TRIAL | | Request |
| 03/22/2021 | 9:00 AM | 22 | JURY TRIAL | CONTINUED | Request |
| 03/18/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DEFENSE | Request |
| 03/17/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DEFENSE | Request |
| 03/16/2021 | 1:30 PM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request |
| 03/15/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request |

| Date | Time | Dept | Event | Status | Link |
|---|---|---|---|---|---|
| 03/11/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F11%2F2021&eventTime=9%3A0 |
| 03/10/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F10%2F2021&eventTime=9%3A0 |
| 03/09/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F09%2F2021&eventTime=9%3A0 |
| 03/08/2021 | 9:00 AM | 22 | JURY TRIAL | TRIAL EVIDENCE PRESENTED BY DA | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F08%2F2021&eventTime=9%3A0 |
| 03/04/2021 | 9:00 AM | 22 | JURY TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F04%2F2021&eventTime=9%3A0 |
| 03/03/2021 | 9:00 AM | 22 | JURY TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F03%2F2021&eventTime=9%3A0 |
| 03/02/2021 | 9:00 AM | 22 | JURY SELECTION | JURY SWORN TO TRY CAUSE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F02%2F2021&eventTime=9%3A0 |
| 03/02/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F02%2F2021&eventTime=9%3A0 |
| 03/01/2021 | 9:00 AM | 22 | JURY SELECTION | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F01%2F2021&eventTime=9%3A0 |
| 03/01/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F01%2F2021&eventTime=9%3A0 |
| 02/25/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=02%2F25%2F2021&eventTime=9%3A0 |
| 02/24/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=02%2F24%2F2021&eventTime=9%3A0 |
| 02/23/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=02%2F23%2F2021&eventTime=9%3A0 |
| 02/22/2021 | 1:30 PM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=02%2F22%2F2021&eventTime=1%3A3 |
| 02/19/2021 | 9:00 AM | 22 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=02%2F19%2F2021&eventTime=9%3A0 |
| 02/17/2021 | 12:00 PM | 09 | TRIAL | ASSIGNED TO TRIAL DEPT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=02%2F17%2F2021&eventTime=12%3A |
| 02/08/2021 | 9:00 AM | 10 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=10&eventDate=02%2F08%2F2021&eventTime=9%3A0 |
| 02/05/2021 | 12:00 PM | 09 | TRIAL | ASSIGNED TO TRIAL DEPT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=02%2F05%2F2021&eventTime=12%3A |
| 02/02/2021 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=02%2F02%2F2021&eventTime=1%3A3 |
| 01/27/2021 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE & STATUS CONFERENCE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=01%2F27%2F2021&eventTime=1%3A3 |
| 01/13/2021 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE & STATUS CONFERENCE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=01%2F13%2F2021&eventTime=1%3A3 |
| 12/30/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE & STATUS CONFERENCE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=12%2F30%2F2020&eventTime=1%3A3 |
| 12/04/2020 | 1:30 | 04 | JAIL | JAIL | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=04&eventDate=12%2F04%2F2020&eventTime=1%3A3 |


| Date | Time | Dept | Instructions | Instructions | Request |
|---|---|---|---|---|---|
| 12/04/2020 | 1:30 PM | 04 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=04&eventDate=12%2F04%2F2020&eventTime=1%3A3 |
| 12/02/2020 | 8:30 AM | 09 | TRIAL | ASSIGNED TO TRIAL DEPT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=12%2F02%2F2020&eventTime=8%3A3 |
| 12/02/2020 | 8:30 AM | 09 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=12%2F02%2F2020&eventTime=8%3A3 |
| 10/29/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE & STATUS CONFERENCE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=10%2F29%2F2020&eventTime=1%3A3 |
| 07/01/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | OTHER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=07%2F01%2F2020&eventTime=1%3A3 |
| 07/01/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE & STATUS CONFERENCE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=07%2F01%2F2020&eventTime=1%3A3 |
| 04/02/2020 | 8:45 AM | 09 | HRG WILL BE VAC & RESET PURS TO 031920 EMERG COVID19 ORDER | HRG VACATED & RESET PURS TO 031920 EMERGENCY COVID19 ORDER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=04%2F02%2F2020&eventTime=8%3A4 |
| 04/02/2020 | 8:45 AM | 09 | TRIAL | HRG VACATED & RESET PURS TO 031920 EMERGENCY COVID19 ORDER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=04%2F02%2F2020&eventTime=8%3A4 |
| 03/27/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | HRG VACATED & RESET PURS TO 031920 EMERGENCY COVID19 ORDER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=03%2F27%2F2020&eventTime=1%3A3 |
| 03/09/2020 | 8:45 AM | 09 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=03%2F09%2F2020&eventTime=8%3A4 |
| 02/27/2020 | 1:35 PM | 61 | TRIAL READINESS CONFERENCE | CONFIRM TRIAL DATE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=02%2F27%2F2020&eventTime=1%3A3 |
| 02/19/2020 | 8:45 AM | 09 | TRIAL | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=02%2F19%2F2020&eventTime=8%3A4 |
| 02/11/2020 | 8:30 AM | 61 | TRIAL READINESS CONFERENCE | CONFIRM TRIAL DATE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=02%2F11%2F2020&eventTime=8%3A3 |
| 01/29/2020 | 8:45 AM | 09 | TRIAL | RESET TRIAL DATE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=01%2F29%2F2020&eventTime=8%3A4 |
| 01/16/2020 | 8:30 AM | 61 | TRIAL READINESS CONFERENCE | RESET TRIAL DATE | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=01%2F16%2F2020&eventTime=8%3A3 |
| 01/08/2020 | 8:30 AM | 61 | TRIAL READINESS CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=01%2F08%2F2020&eventTime=8%3A3 |
| 09/11/2019 | 9:00 AM | 42 | DA MOT TO AMEND | GRANT REQUEST | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=42&eventDate=09%2F11%2F2019&eventTime=9%3A0 |
| 09/11/2019 | 9:00 AM | 42 | PRELIMINARY HEARING | HELD TO ANSWER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=42&eventDate=09%2F11%2F2019&eventTime=9%3A0 |
| 09/11/2019 | 8:30 AM | 09 | PRELIMINARY HEARING | PRELIMINARY HEARING SENT TO OTHER DEPARTMENT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=09&eventDate=09%2F11%2F2019&eventTime=8%3A3 |

| Date | Time | Dept | Event | Disposition | Request |
|---|---|---|---|---|---|
| 08/08/2019 | 1:35 PM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=08%2F08%2F2019&eventTime=1%3A3 |
| 07/19/2019 | 8:30 AM | 61 | MOTION TO AMEND | MOTION GRANTED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=07%2F19%2F2019&eventTime=8%3A3 |
| 07/19/2019 | 8:30 AM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=07%2F19%2F2019&eventTime=8%3A3 |
| 07/17/2019 | 8:30 AM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=07%2F17%2F2019&eventTime=8%3A3 |
| 06/12/2019 | 8:30 AM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=06%2F12%2F2019&eventTime=8%3A3 |
| 06/11/2019 | 1:35 PM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=06%2F11%2F2019&eventTime=1%3A3 |
| 05/29/2019 | 1:30 PM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=05%2F29%2F2019&eventTime=1%3A3 |
| 04/23/2019 | 8:30 AM | 61 | MOTION FOR RELEASE OF RECORDS | MOTION GRANTED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=04%2F23%2F2019&eventTime=8%3A3 |
| 04/23/2019 | 8:30 AM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=04%2F23%2F2019&eventTime=8%3A3 |
| 03/25/2019 | 1:35 PM | 61 | MOT RE BAIL | DROP HEARING | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=03%2F25%2F2019&eventTime=1%3A3 |
| 03/19/2019 | 8:30 AM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=03%2F19%2F2019&eventTime=8%3A3 |
| 03/12/2019 | 1:30 PM | 61 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=61&eventDate=03%2F12%2F2019&eventTime=1%3A3 |
| 03/11/2019 | 1:30 PM | 63 | ARRAIGNMENT | ARRAIGNED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=03%2F11%2F2019&eventTime=1%3A3 |
| 03/11/2019 | 1:30 PM | 63 | COUNSEL INFORMATION | RETAINED COUNSEL | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=03%2F11%2F2019&eventTime=1%3A3 |
| 03/11/2019 | 1:30 PM | 63 | FURTHER PROCEEDINGS | OTHER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=63&eventDate=03%2F11%2F2019&eventTime=1%3A3 |
| 03/22/2011 | 9:00 AM | 22 | JURY TRIAL | JURY DELIBERATING | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=22&eventDate=03%2F22%2F2011&eventTime=9%3A0 |

### Charge Dispositions

| Count | Plea | Charge | Disposition Code | Disposition Date | Severity | Degree |
|---|---|---|---|---|---|---|
| C001 | Not Guilty | PC 288(A) | Guilty by jury trial | 03/23/2021 | Felony | |
| C002 | Not Guilty | PC 269(A)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C003 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C004 | Not Guilty | PC 288(A) | Guilty by jury trial | 03/23/2021 | Felony | |
| C005 | Not Guilty | PC 288(A) | Guilty by jury trial | 03/23/2021 | Felony | |
| C006 | Not Guilty | PC 288(A) | Guilty by jury trial | 03/23/2021 | Felony | |
| C007 | Not Guilty | PC 288(A) | Guilty by jury trial | 03/23/2021 | Felony | |
| C008 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C009 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C010 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C011 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C012 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C013 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C014 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |
| C015 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony | |

| | | | | | |
|---|---|---|---|---|---|
| C016 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony |
| C017 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony |
| C018 | Not Guilty | PC 288(B)(1) | Guilty by jury trial | 03/23/2021 | Felony |
| C019 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |
| C020 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |
| C021 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |
| C022 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |
| C023 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |
| C024 | Not Guilty | PC 261(A)(2) | Guilty by jury trial | 03/23/2021 | Felony |

## Sentence Summary

| Count | Sentence Type | Sentence Date | Prob. Type | Prob. Status | Prob. Term | Prob. Sup. | Custody Program | Custody Length | Non LT Code | Non LT Time | Non LT Susp. |
|---|---|---|---|---|---|---|---|---|---|---|---|

No sentencing information found.