1  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: Lauren F. Carroll, Deputy (SBN 333446)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone:  (650) 363-4787
4  Facsimile:  (650) 363-4034
   E-mail:  lcarroll@smcgov.org
5

6  Attorneys for Defendant
   SAN MATEO COUNTY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  HARI PAL, JR., PRIYA DEVI,<br><br>12          Plaintiffs,<br><br>13       vs.<br><br>14  UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CITY AND COUNTY OF SAN FRANCISCO; SAN MATEO COUNTY; CITY OF MODESTO; CITY OF MODESTO POLICE DEPARTMENT, AND DOES 1-50,<br><br>18          Defendants. | Case No. 20-cv-06523-HSG<br><br>**NOTICE OF APPEARANCE OF LAUREN F. CARROLL** |

**PLEASE TAKE NOTICE** of the appearance of Lauren F. Carroll (State Bar No. 333446) of the San Mateo County Counsel's Office, as co-counsel of record for San Mateo County in the above-captioned matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings, notices, and correspondence concerning the above-captioned matter not otherwise filed through the Court's electronic filing system may be directed to counsel at the address reflected below:

Lauren F. Carroll
**Deputy County Counsel**
San Mateo County Counsel's Office
400 County Center (6th floor) | Redwood City, CA  94063
Phone: (650) 363-4787
Email: [lcarroll@smcgov.org](mailto:lcarroll@smcgov.org)

Dated:  April 12, 2021                    Respectfully submitted,

                                          JOHN C. BEIERS, COUNTY COUNSEL

                                          By: _____
                                              Lauren F. Carroll, Deputy

                                          Attorneys for Defendant
                                          SAN MATEO COUNTY