DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867
Facsimile:      (415) 554-3837
E-Mail:          kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, JR., PRIYA DEVI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CITY AND COUNTY OF SAN FRANCISCO; SAN MATEO COUNTY; CITY OF MODESTO; CITY OF MODESTO POLICE DEPARTMENT, AND DOES 1-50,<br><br>Defendants. | Case No. 20-cv-06523 HSG<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NON-OPPOSITION TO PLAINTIFFS' MOTION TO VACATE JUDGMENT (ECF NO. 37)**<br><br>Hearing Date:   May 6, 2021<br>Time:              2:00 P.M.<br>Place:             Courtroom 4, 3rd Floor<br>                       1301 Clay Street<br>                       Oakland, CA 94612<br><br>Trial Date:       Not Set |

On September 17, 2020, Plaintiffs Hari Pal Jr. and Priya Devi filed this action concerning their detention and Pal's arrest at the San Francisco International Airport. (ECF No. 1.) Plaintiffs sued several federal agencies, the City and County of San Francisco ("CCSF"), San Mateo County, the City of Modesto, and the City of Modesto Police Department. Only CCSF and San Mateo County have appeared and both moved to dismiss the claims against them on December 31, 2020. (ECF Nos. 19, 20.) On March 23, 2021, the Court dismissed this action in its entirety for failure to prosecute. (ECF

No. 24.) The dismissal was entered without prejudice. Plaintiffs subsequently filed a motion to vacate the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure on April 9, 2021. (ECF No. 37 ("Mot.").) Plaintiffs do not seek to vacate the judgment in favor of CCSF or San Mateo County. Instead, Plaintiffs seek only to vacate the judgment with regard to the City of Modesto and the City of Modesto Police Department. (Mot. at 3:10-11 ["The response did not oppose dismissal as to the filing Defendants and sought only to maintain the complaint as to the Modesto Defendants."]; 5:23-34 ["The response itself indicated non-opposition to dismissal as to the filing defendants. Plaintiffs need only maintain their action against the Modesto public entity defendants."]; 6:7-9 ["For the reasons stated above, Plaintiffs pray that the Court grant their Motion and issue an Order Vacating the Dismissal of this action as to Defendants Modesto Police Department and City of Modesto."].)

CCSF therefore takes no position on Plaintiffs' motion. Rather, CCSF files this statement of non-opposition only for the sake of clarity to request that if the Court is inclined to grant Plaintiffs' motion, the relief ordered extend no further than Plaintiffs' request regarding the Modesto defendants and not disturb the dismissal this Court entered with respect to CCSF and San Mateo County.

Dated:  April 12, 2021

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        KAITLYN MURPHY
        Deputy City Attorney


By:    */s/ Kaitlyn Murphy*
      KAITLYN MURPHY

      Attorneys for Defendant
      CITY AND COUNTY OF SAN FRANCISCO