UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAL HARI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 20-cv-06523-HSG<br><br>**ORDER REFERRING COUNSEL TO THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |

For the reasons articulated in the April 6, 2021 order to show cause (Dkt. No. 36) and discussed on the record at the April 16, 2021 hearing (Dkt. No. 37), Plaintiffs' counsel is referred to this district's Standing Committee on Professional Conduct. *See* Civil Local Rule 11-6(a)(1).

**IT IS SO ORDERED.**

Dated: 4/21/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge