UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAL HARI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06523-HSG<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SET ASIDE JUDGMENT AND MOTION TO CHANGE VENUE**<br><br>Re: Dkt. Nos. 37, 49 |

On March 23, 2021, the Court dismissed this case for failure to prosecute after Plaintiffs failed to oppose or otherwise respond to Defendants' motions to dismiss and failed to respond to this Court's Order to Show Cause. Dkt. No. 34. Plaintiffs' complaint was dismissed without prejudice. *Id.* On April 9, 2021, Plaintiffs filed a motion to set aside judgment, arguing that Plaintiffs' failure to respond was due to Plaintiffs' counsel's excusable neglect. Dkt. 37. Plaintiffs also indicated that they did not oppose dismissal of the San Mateo and San Francisco defendants and sought to maintain the complaint only as to the Modesto defendants. *Id.* To date, none of the Modesto defendants have made an appearance in the case.

The Court held a hearing on April 16, 2021 during which Plaintiffs' counsel indicated that he would seek a stipulation from the Modesto defendants to change venue to the Eastern District of California because all remaining parties to the case are located in the Eastern District. Dkt. No. 45. Plaintiffs then filed a motion to change venue on April 24, 2021 and reiterated their intention to seek a stipulation from the Modesto defendants. Dkt. No. 49. On June 29, 2021, the Court issued a text order directing the parties to file a joint status report on the motion to change venue, or, in the alternative, directing Plaintiffs to file a separate status report, detailing their attempts to meet and confer with the Modesto defendants. Dkt. No. 50. The status report was due by July 2,

2021.  *Id.*  As of July 6, 2021, nothing has been filed on the docket.

Because (1) the case has already been dismissed without prejudice for failure to prosecute; (2) Plaintiffs have indicated that the Eastern District of California is the appropriate venue for the case; and (3) the only remaining defendants are located outside of this district and have not yet made an appearance, the Court finds that it would be a waste of judicial resources for this Court to decide the currently pending motions.  Accordingly, the motion to aside judgment and the motion to change venue are **DENIED WITHOUT PREJUDICE**.  Plaintiffs are free to refile their complaint against the Modesto defendants and pursue their claims in the Eastern District of California, or any other court where jurisdiction and venue are appropriate.  The case remains closed.

**IT IS SO ORDERED.**

Dated: July 7, 2021

*[signature: Haywood S. Gilliam, Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge